IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FREDERICK L. DANIELS                                                          PLAINTIFF

V.                                    CASE NO. 6:16-CV-06004

WARDEN M.D. REED, *et al*.                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 28, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 13) be granted and that this matter be dismissed without prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 13) is hereby **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge